**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01112-REB-KLM

THE REPUBLIC OF ECUADOR, and
DR. DIEGO GARCIA CARRION, the Attorney General of The Republic of Ecuador,

    Petitioners,

v.

STRATUS CONSULTING, INC., and Related Individuals, for Use in a foreign Proceeding,

    Respondent(s).

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#48][1] filed March 23, 2015. No objection having been timely filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#48] filed March 23, 2015, is **APPROVED AND ADOPTED** as an order of this court; and

2. That this case is **CLOSED**.

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated May 1, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge