**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01112-REB-KLM

THE REPUBLIC OF ECUADOR, and
DR. DIEGO GARCIA CARRION, the Attorney General of The Republic of Ecuador

    Petitioners

v.

STRATUS CONSULTING, INC, and Related Individuals, for Use in a foreign Proceeding

    Respondent(s)

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#49] of Judge Robert E. Blackburn entered on May 4, 2015 it is

ORDERED that this case is **CLOSED**.


  Dated at Denver, Colorado this 4th day of May, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   A. Lowe
                              A. Lowe
                              Deputy Clerk